IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BETHUNE-COOKMAN UNIVERSITY, INC,

Plaintiff,

v.

ROGER FARRELL, JR. d/b/a LIVEPARTY ENTERTAINMENT,

Defendant.

CIVIL ACTION NO. ________

## VERIFIED COMPLAINT AND DEMAND FOR TRIAL BY JURY

Plaintiff Bethune-Cookman University, Inc. ("B-CU"), for its Complaint against Defendant Roger Farrell, Jr. individually ("Mr. Farrell") a/k/a/ "Duke LiveParty" d/b/a LiveParty Entertainment (collectively, "Defendant"), respectfully alleges as follows:

## NATURE OF THE ACTION

1. This is an action for willful violations of B-CU's intellectual property rights, including trademark infringement, counterfeiting, false designation of origin, and unfair competition, arising out of Mr. Farrell's intentional and unauthorized use of B-CU's federally registered trademarks. Despite numerous written communications from B-CU demanding that Mr. Farrell cease his infringement of B-CU's trademarks, Mr. Farrell continues to use B-CU's trademarks and other confusingly similar designations without authorization. Mr. Farrell's conduct has caused irreparable

harm to B-CU and will continue to cause irreparable harm unless his unlawful use of B-CU'S intellectual property is immediately and permanently enjoined.

## PARTIES

2. Bethune-Cookman University, Inc. is a Florida not for profit corporation, with its principal place of business in Volusia County, Florida.

3. Defendant Roger Farrell, Jr. a/k/a "Duke LiveParty" is doing business as "LiveParty Entertainment" with a residential address and principal place of business located at 11988 SW 32nd Street, Miramar, Florida 33025.

## JURISDICTION AND VENUE

4. This Court has subject-matter jurisdiction over this action pursuant to 15 U.S.C. §1121 (jurisdiction over Lanham Act claims), 28 U.S.C. §1331 (federal question), and 28 U.S.C. §1338 (claims related to trademarks and unfair competition). This Court also has jurisdiction over the state and common law claims alleged herein pursuant to 28 U.S.C. §1367(a) (supplemental jurisdiction). B-CU's state and common law claims are so related to the federal claims that they form part of the same case or controversy.

5. This Court has personal jurisdiction over Defendant because, upon information and belief, he resides in and conducts business in the State of Florida.

6. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b) because a substantial part of the events or omissions giving rise to B-CU's claims occurred and continue to occur in this judicial district.

## FACTUAL ALLEGATIONS

### Bethune-Cookman University

7. On October 3, 1904, an exceptional young Black woman, Mary McLeod Bethune, opened the Daytona Literary and Industrial Training School for Negro Girls—what would become Bethune-Cookman University—with $1.50, faith in God and six students, five little girls, and Dr. Bethune's son, Albert Bethune.[1]

8. In 1923, the school merged with the Cookman Institute of Jacksonville, Florida, which had been founded in 1872. The merger of the two schools was finalized in 1925. The merged institution was called the Daytona-Cookman Collegiate Institute.[2]

9. In 1931, the College became accredited by the Association of Colleges and Secondary Schools of the Southern States, as a junior college and on April 27 of that year, the school's name was officially changed to Bethune-Cookman College to reflect the leadership of Dr. Mary McLeod Bethune.[3]

10. In 2007, Bethune-Cookman College achieved university status, having added a graduate program in transformational leadership to its offerings.[4]

### B-CU's Intellectual Property

11. B-CU's careful cultivation, maintenance, and protection of its intellectual property rights have enabled B-CU to amass considerable goodwill. Consumers and

---

[1] https://www.cookman.edu/history/index.html.
[2] *Id.*
[3] *Id.*
[4] *Id.*

the general public readily and singularly associate the B-CU and BETHUNE-COOKMAN® names with B-CU's educational and athletic offerings. The B-CU and BETHUNE-COOKMAN® names are widely recognized throughout the United States and around the world as an indicator of B-CU's world-class educational and athletic institutions and programs. Accordingly, B-CU has also established common law rights in the B-CU mark.

12. B-CU also diligently protects its intellectual property through, *inter alia*, trademark registration. B-CU owns numerous trademark and service mark registrations for the word marks BETHUNE-COOKMAN® (U.S. Trademark Registration Nos. 2,997,255 and 3,010,916) and MARCHING WILDCATS® (U.S. Trademark Registration No. 7,619,087); as well as the following logos:

®

(the "Wildcat Logo"; U.S. Trademark Registration No. 4,406,777); and

®

(the "Interlocking BC Logo"; U.S. Trademark Registration Nos. 6,983,241;6,960,410; 6,983,242; 6,826,252; 6,983,239; and 6,983,240) (collectively, "the B-CU Marks").

13. True and correct copies of B-CU's U.S. trademark registrations for the B-CU Marks are attached hereto as composite **Exhibit A**.

14. Because B-CU has continuously used the BETHUNE-COOKMAN® mark and the Wildcat Logo in commerce for more than five consecutive years after corresponding dates of registration, the BETHUNE-COOKMAN® mark and the Wildcat Logo are "incontestable" as defined in 15 U.S.C. §1065.

**Mr. Farrell's Willful Infringement of the B-CU Marks**

15. Mr. Farrell promotes parties and other events under his name and the alias "Duke LiveParty," as well as the name LiveParty Entertainment. These parties and events are scheduled around the same time as B-CU's football games and other events, such as B-CU's annual homecoming football game, confusing consumers into believing the events are affiliated with B-CU when they are not.

16. Mr. Farrell promotes his events using the B-CU Marks, without B-CU's authorization.

17. For example, as depicted below, Mr. Farrell advertises and sells tickets to his events online and in print using the B-CU Marks and other confusingly similar marks and designations.


@2ndchancecredit700
LIVEPARTY ENT PRESENTS
B-CU HOMECOMING PART
JEANS NIGHT OUT
FRIDAY, 9/18
Hard Rock HOTEL
FRI 9/18
Jeans Night Out
9pm-3am
Hard Rock Hotel Ballroom
B-CU
BETHUNE-COOKMAN
WILDCATS
FOR TICKETS VISIT
EVENTRUSH.VIP/BCUHOMECOMING


Duke LiveParty Farrel
6d ·
What Homecoming Can You... See more
PRESENTS
B-CU
HOMECOMING
2026 SCHEDULE
THUR 9/17
hBCUish Roundup
10pm-2am
Wing Island
FRI 9/18
Jeans Night Out
9pm-3am
Hard Rock Hotel Ballroom
SAT 9/19
Press Play RnB Party
9pm-3am
Hard Rock Hotel Ballroom
SUN 9/20
Brunch and Ball
11am-8pm
Wing Island
Hard Rock HOTEL
DAYTONA BEACH FLORIDA
$100 WEEKEND PARTY PASS
BETHUNE-COOKMAN
FANS WELCOME

Duke LiveParty Farrel
Jul 29 ·

LiveParty Ent.... See more










Duke LiveParty Farrel
1h ·

LiveParty Ent.
Alumni B-CU Homecoming '26 Party Schedule


LIVEPARTY ENT. PRESENTS
BETHUNE-COOKMAN
VS
UCF
FOOTBALL GAME
WATCH PARTY
THIS THURSDAY
SEPT. 3RD
7PM
HOSTED BY
DUKE LIVEPARTY
JUMBO SCREEN
BIG GAME. BIG VIBES.
FOOD & DRINK SPECIALS
ALL NIGHT!
GREAT ATMOSPHERE
WILDCAT NATION
PULL UP & SHOW OUT!
SPORTS BAR VIBES
GOOD PEOPLE • GOOD FOOD • GREAT GAME
1821 MAYO ST • HOLLYWOOD, FL 33020
MORE INFO TEXT/CALL 786-332-1820


LIVEPARTY ENT
PRESENTS
ALUMNI
HOMECOMING
2026
SCHEDULE
THUR 9/17
hBCUish Roundup
10pm-2am
Wing Island
FRI 9/18
Jeans Night Out
9pm-3am
Hard Rock Hotel
Ballroom
SAT 9/19
Press Play RnB Party
9pm-3am
Hard Rock Hotel
Ballroom
SUN 9/20
Brunch and Ball
11am-8pm
Wing Island
Hard Rock
HOTEL
Hosted by
NATASHA
$100 WEEKEND PARTY PASS
FOUR EVENTS, ONE WEEKEND
TICKETS AVAILABLE AT
EVENTRUSH.VIP/BCUHOMECOMING
DAYTONA BEACH
FLORIDA
ΑΦΑ
ΑΚΑ
ΚΑΨ
ΩΨΦ
ΔΣΘ
ΦΒΣ
ΖΦΒ
ΣΓΡ


LIVEPARTY ENT.
MOM & DAD
WILDCATS
SCHOLARSHIP COMPETITION
Parents Earn Money AND
Compete for a Scholarship FOR THEIR STUDENT!
PARENTS EARN
$10 PER TICKET!
Earn $10 for every qualifying LiveParty Ent. Homecoming event ticket sold through your unique link.
Commission paid 3 days after the ticket purchase clears.
COMPETE FOR A SCHOLARSHIP
UP TO $500!
The student whose parent sells the most tickets will receive a scholarship up to $500!
HOW IT WORKS
1 REGISTER
Go to EVENTRUSH.VIP/BCUHOMECOMING and click the "PROMOTE" tab.
2 GET YOUR LINK
Receive your unique link to track your sales.
3 SHARE & EARN
Share the events, sell tickets, earn $10 per ticket and help your student win a scholarship!
COMPETITION ENDS
THURSDAY, SEPTEMBER 17, 2026
AT 9:00 PM
This allows time for us to verify sales and contact the winning parent and inform the student.
SCHOLARSHIP AWARDED
FRIDAY, SEPTEMBER 18, 2026
AT 4:30 PM ON CAMPUS
Student does not have to be present to be awarded the scholarship but is highly recommended to attend.
REGISTER TODAY!
EVENTRUSH.VIP/BCUHOMECOMING
HELP YOUR STUDENT. SUPPORT B-CU. EARN MONEY. WIN A SCHOLARSHIP!
WILDCATS


LIVEPARTY ENT
PRESENTS
B-CU
HOMECOMING
2026
SCHEDULE
THUR 9/17
hBCUish Roundup
10pm-2am
Wing Island
FRI 9/18
Jeans Night Out
9pm-3am
Hard Rock Hotel
Ballroom
SAT 9/19
Press Play RnB Party
9pm-3am
Hard Rock Hotel
Ballroom
SUN 9/20
Brunch and Ball
11am-8pm
Wing Island
Hard Rock
HOTEL
DAYTONA BEACH
FLORIDA
$100 WEEKEND PARTY PASS
FOUR EVENTS, ONE WEEKEND
BETHUNE-COOKMAN
FANS WELCOME
WILDCATS
TICKETS AVAILABLE AT
EVENTRUSH.VIP/BCUHOMECOMING
ΑΦΑ
ΑΚΑ
ΚΑΨ
ΩΨΦ
ΔΣΘ
ΦΒΣ
ΖΦΒ
ΣΓΡ
ΙΦΘ

18. In a letter dated August 10, 2026, and personally served on Mr. Farrell on August 22, 2026, counsel for B-CU contacted Mr. Farrell in connection with his infringement of the B-CU Marks. A copy of the letter counsel for B-CU sent to Mr. Farrell is attached as **Exhibit B**. In the August 10th letter, B-CU identified specific unauthorized uses of the B-CU Marks by Mr. Farrell and demanded that his infringing conduct stop immediately. On August 25, 2026, Mr. Farrell responded to B-CU's demand in writing. A copy of Mr. Farrell's response is attached as **Exhibit C**.

19. On September 3, 2026, B-CU sent a second letter to Mr. Farrell, attached as **Exhibit D**, advising him that his continuing failure to comply with B-CU's demand that he cease any further use of B-CU's intellectual property would result in B-CU taking legal action against him. Mr. Farrell again responded in writing on September 3, 2026, falsely claiming that he had deactivated his Instagram account displaying infringing content and removed all references to Bethune-Cookman University. *See* **Exhibit E**.

20. Despite Mr. Farrell's repeated representations that he would cease any further use of the B-CU Marks and other confusingly similar designations falsely suggesting an affiliation with B-CU, Mr. Farrell continues to do so.

21. Indeed, after receiving Mr. Farrell's email of September 3, 2026, B-CU discovered a new advertisement created by Mr. Farrell falsely suggesting an affiliation with B-CU, claiming to host "The Official Homecoming Encore" and depicting B-CU's Wildcat Logo and distorted versions of the same, which is depicted below.




22. In addition, the webpage advertising Mr. Farrell's "Official Homecoming Encore" identifies the location of the event as 640 Dr. Mary McLeod Bethune Blvd, Daytona Beach, Florida. *See* **Exhibit F**. This is Bethune-Cookman University's address.

23. In the weeks thereafter, Mr. Farrell continued to claim that he had ceased all use of B-CU's intellectual property, stating in an email to counsel for B-CU on October 2, 2026, that "all posts related to use of Bethune-Cookman likeness have been removed and/or edited to show that Bethune-Cookman has no affiliation with the events being promoted."

24. Nonetheless, Mr. Farrell's infringing conduct continued when between about October 19-20, 2026, he posted the following advertisements on his Facebook page:






GAME SPONSORED BY LIVEPARTY ENT.

$15 ADVANCED SINGLE EVENT TICKETS ON SALE ALSO

$75 Reserved Tables for 6 guest (does not include entry) on Friday & Sunday

TICKETS ON SALE NOW at https://eventrush.vip/HoCo26Encore

FRIDAY NIGHT 10/23: JEANS NIGHT OUT 9PM-2AM.
EBE CENTER 2
1236 8th St.
Daytona Beach, FL 32117

SATURDAY NIGHT 10/25: FOREVER R&B OLD SCHOOL JAM 9PM-2AM
Euphoria Bar and Grill
1130 S. Ridgewood Ave
Daytona Beach, FL 32114.

FOR MORE INFORMATION CALL 786-332-1820 or 561-312-8081

B-CU IS NOT AFFILIATED WITH THIS EVENT
See less

2

Write a comment...




OUT, 1 TICKET TO FOREVER R&B OLD SCHOOL JAM, TAILGATE WITH THE BRUHZ & 1 COMPLIMENTARY TICKET TO THE FOOTBALL GAME SPONSORED BY LIVEPARTY ENT.

$15 ADVANCED SINGLE EVENT TICKETS ON SALE ALSO

$75 Reserved Tables for 6 guest (does not include entry) on Friday & Sunday

TICKETS ON SALE NOW at https://eventrush.vip/HoCo26Encore

FRIDAY NIGHT 10/23: JEANS NIGHT OUT 9PM-2AM.
EBE CENTER 2
1236 8th St.
Daytona Beach, FL 32117

SATURDAY NIGHT 10/25: FOREVER R&B OLD SCHOOL JAM 9PM-2AM
Euphoria Bar and Grill
1130 S. Ridgewood Ave
Daytona Beach, FL 32114.

FOR MORE INFORMATION CALL 786-332-1820 or 561-312-8081

B-CU IS NOT AFFILIATED WITH THIS EVENT
See less

11 1

Write a comment

25. Thus, despite several demands, Mr. Farrell is nevertheless continuing to display the B-CU marks and other confusingly similar marks and indicia, falsely suggesting an affiliation with B-CU.

26. Mr. Farrell's unauthorized use of the B-CU Marks to promote his events deceptively misleads consumers into believing that he is an official licensee and affiliate of B-CU. In addition, Mr. Farrell's use of the B-CU Marks creates the false impression that B-CU endorses or otherwise approves of the services provided by Mr. Farrell and LiveParty Entertainment. Mr. Farrell is engaging in his ongoing, unlawful conduct to profit by trading off B-CU's substantial reputation and goodwill.

27. Mr. Farrell's unlawful use of the B-CU Marks to promote his events has and is likely to continue to cause confusion as to the source, sponsorship, or affiliation of his services. If not enjoined, Mr. Farrell's unlawful conduct will continue to harm the goodwill and reputation that B-CU has carefully cultivated at great labor and expense.

## CAUSES OF ACTION

### COUNT ONE
### (Trademark Infringement—15 U.S.C. §§1114 and 1125)

28. B-CU repeats and realleges the allegations of paragraphs 1-27 set forth above.

29. B-CU is the exclusive owner of the B-CU Marks.

30. Mr. Farrell is using the B-CU Marks and other confusingly similar marks, indicia, and designations in commerce in connection with the sale, offer for sale, and advertising of their events and services without authorization from B-CU.

31. Mr. Farrell's unlawful use of the B-CU Marks is likely to cause confusion, mistake, or deception as to affiliation, connection, or association regarding Mr. Farrell and his services, on the one hand, and B-CU and its services, on the other hand.

32. Mr. Farrell's unlawful use of the B-CU Marks is likely to cause confusion, mistake, or deception regarding the origin of Mr. Farrell's services, on the one hand, and B-CU's sponsorship or approval, on the other hand.

33. Mr. Farrell's use of the B-CU Marks constitutes infringement of B-CU's incontestable federal trademark registrations.

34. Mr. Farrell has acted knowingly and willfully in total disregard for B-CU's valuable trademark rights, and with the intent to deceive consumers by trading off B-CU's goodwill and reputation.

35. As a result of Mr. Farrell's ongoing unlawful conduct, B-CU has suffered monetary damages in an amount to be determined at trial. Further, Mr. Farrell has been unjustly enriched by virtue of his deception of consumers and misappropriation of B-CU's goodwill.

36. Mr. Farrell's blatant attempt to confuse the consuming public is causing irreparable injury to B-CU, for which there is no adequate remedy at law. Mr. Farrell's unlawful acts will continue to cause irreparable harm unless Mr. Farrell's use of the B-CU Marks is immediately and permanently enjoined by this Court.

37. Mr. Farrell's actions have been knowing, intentional, wanton, and willful. The principles of equity warrant an award to B-CU of treble damages and profits, attorney's fees, and the costs of this action pursuant to 15 U.S.C. §1117.

**COUNT TWO**
**(False Designation of Origin and Unfair Competition—15 U.S.C. §1125)**

38. B-CU repeats and realleges the allegations of paragraphs 1-27 set forth above.

39. B-CU is the exclusive owner of the B-CU Marks.

40. Mr. Farrell is using the B-CU Marks and other confusingly similar marks, designations, and indicia in commerce in connection with the sale, offer for sale, and advertising of his services without authorization from B-CU.

41. Mr. Farrell's unlawful use of the B-CU Marks is likely to cause confusion, mistake, or deception as to affiliation, connection, or association regarding Mr. Farrell and his services, on the one hand, and B-CU and its services, on the other hand.

42. Mr. Farrell's unlawful use of the B-CU Marks is likely to cause confusion, mistake, or deception regarding the origin of Mr. Farrell's services, on the one hand, and B-CU's sponsorship or approval, on the other hand.

43. Mr. Farrell has acted, and continues to act, knowingly and willfully in total disregard for B-CU's valuable trademark rights, and with the intent to deceive consumers by trading off B-CU's goodwill and reputation.

44. As a result of Mr. Farrell's ongoing unlawful conduct, B-CU has suffered monetary damages in an amount to be determined at trial. Further, Mr. Farrell has

been unjustly enriched by virtue of his deception of consumers and misappropriation of B-CU's goodwill.

45. Mr. Farrell's blatant attempt to confuse the consuming public and to unfairly compete with licensed B-CU affiliates is causing irreparable injury to B-CU, for which there is no adequate remedy at law. Mr. Farrell's unlawful acts will continue to cause irreparable harm unless Mr. Farrell's use of the B-CU Marks and other confusingly similar marks, designations, and indicia is immediately and permanently enjoined by this Court.

46. Mr. Farrell's actions have been knowing, intentional, wanton, and willful. The principles of equity warrant an award to B-CU of treble damages and profits, attorney's fees, and the costs of this action pursuant to 15 U.S.C. §1117.

**COUNT THREE**
**(Trademark Infringement and Unfair Competition—Common Law of Florida)**

47. B-CU repeats and realleges the allegations of paragraphs 1-27 set forth above.

48. B-CU is the exclusive owner of the B-CU Marks.

49. Mr. Farrell is using the B-CU Marks in commerce in connection with the sale, offer for sale, and advertising of his services without authorization from B-CU.

50. Mr. Farrell's unlawful use of the B-CU Marks is likely to cause confusion, mistake, or deception as to affiliation, connection, or association regarding Mr. Farrell and his services, on the one hand, and B-CU and its services, on the other hand.

51. Mr. Farrell's unlawful use of the B-CU Marks is likely to cause confusion, mistake, or deception regarding the origin of Mr. Farrell's services, on the one hand, and B-CU's sponsorship or approval, on the other hand.

52. Mr. Farrell's use of the B-CU Marks constitutes infringement of B-CU's rights in the B-CU Marks.

53. Mr. Farrell has acted knowingly and willfully in total disregard for B-CU's valuable trademark rights, and with the intent to deceive consumers by trading off B-CU's goodwill and reputation.

54. As a result of Mr. Farrell's ongoing unlawful conduct, B-CU has suffered monetary damages in an amount to be determined at trial. Further, Mr. Farrell has been unjustly enriched by virtue of his deception of consumers and misappropriation of B-CU's goodwill.

55. Mr. Farrell's blatant attempt to confuse the consuming public and to unfairly compete with licensed B-CU affiliates is causing irreparable injury to B-CU, for which there is no adequate remedy at law. Mr. Farrell's unlawful acts will continue to cause irreparable harm unless Mr. Farrell's use of the B-CU Marks is immediately and permanently enjoined by this Court.

## COUNT FOUR
**(Florida Deceptive and Unfair Trade Practices Act—**
**Florida Statutes §§ 501.201 *et seq*.)**

56. B-CU repeats and realleges the allegations of paragraphs 1-27 set forth above.

57. As alleged herein, Mr. Farrell has engaged in deceptive and unfair trade practices in connection with his unauthorized use of B-CU's intellectual property, which has caused or is likely to cause consumer confusion, mistake, or deception regarding the origin of Mr. Farrell's services, on the one hand, and B-CU's sponsorship or approval, on the other hand.

58. Mr. Farrell's deceptive and unfair trade practices as alleged herein have caused B-CU actual damages as well as damage to B-CU's goodwill, brand, intellectual property rights, and reputation, and unless enjoined will continue to result in actual and other damages to B-CU.

## PRAYER FOR RELIEF

WHEREFORE, B-CU requests the following relief:

a. Entry of judgment in B-CU's favor on all claims herein;

b. Preliminary and permanent injunctions preventing Mr. Farrell and those additional parties specified in Rule 65(d) of the Federal Rules of Civil Procedure from using the B-CU Marks or any similar mark in connection with the sale, offering for sale, or marketing of services;

c. Preliminary and permanent injunctions preventing Mr. Farrell and those additional parties specified in Rule 65(d) of the Federal Rules of Civil Procedure from unfairly competing with B-CU or licensed B-CU affiliates through their use of the B-CU Marks or any similar mark;

d. An accounting of profits and damages resulting from Mr. Farrell's trademark infringement, false designation of origin, and unfair competition;

e. An award to B-CU of: (i) an amount equal to the actual damages suffered by B-CU as a result of Mr. Farrell's infringement of the B-CU Marks; (ii) an amount equal to

the profits earned by Mr. Farrell as a result of his infringement of the B-CU Marks; and/or (iii) an amount equal to three times the monetary award assessed in view of Mr. Farrell's willful and wanton infringement;

f. In the alternative, as may be elected by B-CU, permission to recover statutory damages of up to $2,000,000 per counterfeit mark per type of goods or services sold, offered for sale, or distributed, as the court considers just rather than actual damages and profits as provided in 15 U.S.C. §1117;

g. An award of pre- and post-judgment interest;

h. An award ordering Mr. Farrell to pay B-CU's attorney's fees because this is an "exceptional" case under 15 U.S.C. §1117; and

i. Such other and further relief as the Court deems proper.

**<u>DEMAND FOR JURY TRIAL</u>**

B-CU hereby demands a jury trial on all issues triable as of right to a jury.

Respectfully Submitted,

GREENBERG TRAURIG, P.A.

***<u>s/ Gregory W. Herbert</u>***
Gregory W. Herbert, Esq.
Lead Trial Counsel
Florida Bar No. 0111510
herbertg@gtlaw.com
Stephen G. Anderson, Esq.
Florida Bar No. 0105697
andersonst@gtlaw.com
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: 407.420.1000

DATED: October 23, 2026.